In the Matter of the Transfer Tax upon the Estate of Henry E. Cleveland, Deceased. Jessica W. Kenyon and Henry M. Earle, as Executors, etc., Respondents; Comptroller of the State of New York, Appellant. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

In the Matter of the Transfer Tax upon the Estate of David Klauber, Deceased. The Comptroller of the State of New York, Appellant; Eliza Klauber and Others, as Executors and Trustees, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

The Farmers' Loan and Trust Company, as Trustee, etc., Plaintiff, v. William H. Allen, as Administrator, etc., Respondent, Impleaded with Henry T. Huntington and Another, Appellants, and Others.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Nathaniel Walkoff, as Trustee, Respondent, v. Hugh C. Fox and Others, Appellants. — Determination affirmed and judgment absolute ordered against the defendants on their stipulation, with costs in all courts. No opinion. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.; Ingraham, P. J., dissented.

Patrick Landers, Respondent, v. United States Realty and Improvement Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.; Laughlin, J., dissented.

Nicola Conte, Respondent, v. Rivoli Realty Company, Appellant, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

George C. Van Tuyl, as Superintendent, etc., Respondent, v. Samuel H. Kress and Others, Appellants.— Judgments and order affirmed, with costs, with leave to defendants to withdraw demurrers and to answer on payment of costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Sarah Strasburger, Respondent, v. Myer Strasburger & Co., Inc., and Another, Impleaded with Patrick J. Hangley, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

David Cahill, Respondent, v. Star Company, Appellant.—Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.

Joseph G. Cushman, Appellant, v. George D. Cook and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ.